Vacated and Remanded and Memorandum Opinion filed June 12, 2008








Vacated
and Remanded and Memorandum Opinion filed June 12, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00069-CV

____________

 

TRIBBLE & STEPHENS CO., Appellant

 

V.

 

RGM CONSTRUCTION, L.P.,
Appellee

 



 

On Appeal from County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No.
713187

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 7,
2008.

On June
3, 2008,  the parties filed a joint motion to set aside or vacate the
judgment and remand the cause to the trial court for rendition of judgment in
accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.








Accordingly,
we vacate the judgment signed January 7, 2008, and we remand the cause to the
trial court for rendition of judgment in accordance with the parties= agreement.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed June
12, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.